| Return | |
|---|---|
| *Case No:* <br> 2:18-MJ-02735 | *Date and time warrant served on provider:* <br> 10/31/2018 at 1:52pm (PST) |

*Inventory made in the presence of:* <br>
Kyle Bailey

*Inventory of data seized:* <br>
[Please provide a description of the information produced.] <br>
1 USB thumb drive containing the backup copy of the VPS webserver. <br>
Subscriber information <br>
Transcripts of chats conducted with customer service representatives of Namecheap Inc.

## Certification

*I declare under penalty of perjury that I am an officer involved in the execution of this warrant, and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.*

Date: 12/6/18

*Executing officer's signature* <br>
Kenneth Henderson, Special Agent <br>
*Printed name and title*